IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOSEPH STEININGER,
an individual

        Plaintiff,

   v.

LEGACY HEALTH,
a corporation,

        Defendant.

No. 3:24-cv-01095-YY

ORDER

**BAGGIO, District Judge:**

On April 7, 2025, Magistrate Judge Youlee Yim You issued her Findings and Recommendation ("F&R") (ECF 22), recommending GRANTING Defendant's motion to dismiss (ECF 9) and dismissing Plaintiff's ORS 659A.030 failure-to-accommodate claim.[1] Plaintiff filed objections (ECF 24) to which Defendant responded (ECF 27). After careful review of the record, the Court adopts Judge You's F&R without modification.

The magistrate judge makes only recommendations to the court, to which any party may file written objections. 28 U.S.C. §§ 636(b)(1)(B), (C). If a party objects, the court "shall make a

---

[1] Plaintiff agreed to voluntarily dismiss all his claims except his failure-to-accommodate claims under Title VII and ORS § 659A.030. Plaintiff's Response to Defendant Motion to Dismiss [Doc. 9], 1 (ECF 19).

1 – ORDER

de novo determination of those portions of the report or specified proposed findings or recommendation to which objection is made." *Id.* § 636(b)(1)(C). The court is not, however, required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Ramos*, 65 F.4th 427, 433 (9th Cir. 2023). While the level of scrutiny that the court applies to its F&R review depends on whether a party has filed objections, the court is free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C); *see also Thomas*, 474 U.S. at 154.

  The Court adopts Judge You's recommendation in full. The Court GRANTS Defendant's motion to dismiss (ECF 9) and dismisses Plaintiff's ORS 659A.030 failure-to-accommodate claim with prejudice. Defendant is directed to file an Answer or other responsive pleading to the remaining Title VII failure-to-accommodate claim within fourteen days of the date that this Order is filed.

  IT IS SO ORDERED.

  DATED this 27th day of May 2025.

*Amy M. Baggio*
_____
AMY M. BAGGIO
United States District Judge

2 – ORDER